ACCEPTED
03-15-00270-CV
7023529
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/21/2015 4:48:35 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00270-CV

| | | |
|---|---|---|
| **SUZANNA ECKCHUM A/K/A SUSAN ECKHERT** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | 9/21/2015 4:48:35 PM |
| **v.** | | **DISTRICT COURT OF** JEFFREY D. KYLE |
| | § | Clerk |
| **THE STATE OF TEXAS FOR THE PROTECTION OF HAL KETCHUM** | § | **APPEALS OF TEXAS** |

## STATE'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 44 days to file Appellee's brief, and for good cause would show the following:

### I.

On December 16, 2014, the Comal County Criminal District Attorney's Office filed an application for a protective order on behalf of Applicant Hal Ketchum. The trial court signed a Stalking Protective Order on January 22, 2015. The trial court thereafter signed an Amended Stalking Protective Order on April 7, 2015. Appellant's brief was originally due on July 16, 2015. After a 40-day extension was granted, Appellant's brief was filed on August 24, 2015. Appellee's brief is currently due on September 23, 2015.

1

## II.

Nicholas Robison is working on the State's brief in this case. He is currently working on a protective order in C2015-1283B and he has had several protective order hearings within the past month and. He has two protective order hearings next week in county and district court. Mr. Robinson also routinely handles matters in the four Justice of the Peace Courts in Comal County. Additionally, Mr. Robinson has been drafting civil documents for the office related to new truancy laws. Mr. Robinson is leaving town today – for the remainder of this week – to join the office in attending an annual conference in Corpus Christi to meet his CLE requirements. Furthermore, upon his return, Mr. Robinson will be out of the country while on vacation for two weeks in October. He has not yet been able to complete the State's response in the instant cause. In light of the foregoing, the State respectfully requests an extension of 44 days to file its brief. This is the first extension sought by the Appellee, and it is unopposed by Appellant.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 44 days, until November 6, 2015, so that Appellee's brief will fully, adequately and accurately present its case to the Honorable Court of Appeals. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley,** SBN: 24088254
palmid@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300
Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for Appellant, the State of Texas, hereby certify that a true and correct copy of the above and foregoing *State's Unopposed First Motion to Extend Time to File Brief* was sent to Appellant SUZANNA ECKCHUM's attorney of record in this matter:

Ms. Mysha Lubke
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
mysha.lubke@bakerbotts.com
*Attorney for Appellant on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 21st day of September, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Ms. Mysha Lubke, Attorney for Appellant SUZANNA ECKCHUM, was not opposed to the instant motion.

/s/ Joshua D. Presley
**Joshua D. Presley**